```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

_____  :
GEORGE W. STOKES,                :
                                 :
         Plaintiff,              :   Civ. No. 19-20600 (NLH) (MJS)
                                 :
    v.                           :   **MEMORANDUM OPINION & ORDER**
                                 :
                                 :
PHILLIP ELDRED, et al.,          :
                                 :
         Defendants.             :
_____  :

APPEARANCE:

George W. Stokes
C/O Brandy Wood
6044 Hoover Drive
Mays Landing, NJ 08330

    Plaintiff Pro se


HILLMAN, District Judge

    WHEREAS, the Court dismissed Plaintiff's amended complaint without prejudice under 28 U.S.C. § 1915 on June 2, 2022, ECF No. 11; and

    WHEREAS, the Court granted Plaintiff leave to file a proposed second amended complaint within 45 days, Id.; and

    WHEREAS, Plaintiff has not submitted a proposed second amended complaint within the time set by the Court,

    THEREFORE, IT IS on this   21st   day of   July  , 2022

    ORDERED that the Clerk shall reopen this matter for purposes of entering this Order; and it is further

ORDERED that the amended complaint, ECF No. 8, be, and hereby is, dismissed with prejudice under 28 U.S.C. § 1915(e)(2)(B)(ii) as stated in this Court's June 2, 2022 Opinion and Order, ECF Nos. 10 & 11; and it is finally

ORDERED that the Clerk shall send Plaintiff a copy of this Order by regular mail and close this matter.

At Camden, New Jersey

s/ Noel L. Hillman
NOEL L. HILLMAN, U.S.D.J.